DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PATRICK R. DELAHUNTY (CABN 257439)
SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    patrick.delahunty@usdoj.gov
    sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-cr-47 EJD |
| Plaintiff, | UNITED STATES' PROPOSED VERDICT FORM |
| v. | |
| JONATHAN CHANG,<br>  a/k/a RuWu Charng, and<br>GRACE CHANG,<br>  a/k/a Wei-Lin Chang, | |
| Defendants. | |

1   The United States hereby submits the attached proposed verdict form for use in the above-
2   captioned case.  The United States respectfully reserves the right to supplement or amend this verdict
3   form as needed based on the evidence at trial.

5   DATED:       July 11, 2019                    Respectfully submitted,

                                                  DAVID L. ANDERSON
                                                  United States Attorney

                                                  /s/
                                                  PATRICK R. DELAHUNTY
                                                  SARAH E. GRISWOLD
                                                  Assistant United States Attorneys

1 COUNT ONE

2  1. We, the Jury, find each of the defendants listed below,

3                              GUILTY          NOT GUILTY

4 JONATHAN CHANG      _____    _____

5 GRACE CHANG           _____    _____

6 (place an X on the appropriate line) of Conspiracy To Commit Wire Fraud, in violation of Title 18,

7 United States Code, Section 1349, as charged in Count One of the Indictment.

8 COUNT TWO

9  2. We, the Jury, find each of the defendants listed below,

10                             GUILTY          NOT GUILTY

11 JONATHAN CHANG     _____    _____

12 GRACE CHANG          _____    _____

13 (place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Section

14 1343, as charged in Count Two of the Indictment.

15 COUNT THREE

16  3. We, the Jury, find each of the defendants listed below,

17                             GUILTY          NOT GUILTY

18 JONATHAN CHANG     _____    _____

19 GRACE CHANG          _____    _____

20 (place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Section

21 1343, as charged in Count Three of the Indictment.

22 COUNT FOUR

23  4. We, the Jury, find each of the defendants listed below,

24                             GUILTY          NOT GUILTY

25 JONATHAN CHANG     _____    _____

26 GRACE CHANG          _____    _____

27 (place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Section

28 1343, as charged in Count Four of the Indictment.

## COUNT FIVE

5. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | _____ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Five of the Indictment.

## COUNT SIX

6. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | _____ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Conspiracy To Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h), as charged in Count Six of the Indictment.

## COUNT SEVEN

7. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | _____ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2, as charged in Count Seven of the Indictment.

## COUNT EIGHT

8. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | _____ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2, as charged in Count Eight of the Indictment.

## COUNT NINE

9. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| JONATHAN CHANG | _____ | _____ |
| GRACE CHANG | _____ | _____ |

(place an X on the appropriate line) of Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2, as charged in Count Nine of the Indictment.