CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant  WEILIN CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00047 EJD |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| JONATHAN CHANG & WEILIN CHANG, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the attorney whose name, address, email address, and telephone number are listed below appears in this matter as co-counsel for defendant Weilin Grace Chang.

Matthew A. Laws
737 Tehama Street, No. 3, San Francisco, CA 94103
matt@sugarmanandcannon.com
415-362-6252

Dated: July 30, 2019                    Respectfully submitted,

                                         /s/
                                        Matthew A. Laws
                                        Attorney for WEILIN CHANG