UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

## TITLE:  USA v. JONATHAN CHANG & GRACE CHANG
## CASE NUMBER:  16-cr-00047-EJD
### Minute Order and Trial Log

Date: 8/27/2019
Time in Court: 8:36-10:00am,10:27-11:08,11:17-11:28,11:34am-1:25pm,1:37-2:30pm
 **(TOTAL time: 5 Hrs. )**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Patrick Delahunty, Sarah Griswold
Also present: Agent Mark Matulich
Defendant Attorney(s) present:  Julia Jayne, Christopher Cannon, Matthew Laws
Also present: Jonathan and Grace Chang (out of custody)

**PROCEEDINGS:  Jury Trial (Day 8)**

Further Jury Trial held testimony heard, and evidence entered. Both Government and Defendants rest.  Further Jury Trial set for Wednesday 8/28/2019 at 9:00 am with Counsel only.  Jury to return on Thursday 8/29/2019 at 8:30 for closing arguments.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1162(pg.2), 196, 197

Defendants: None

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **196**

Defendants: None

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Jonathan Chang & Grace Chang
Case No:  5:16cr00047EJD

# TRIAL LOG

| TRIAL DATE: 8/27/2019 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 8:36 am | Jury seated. Court in session. | |
| | DX | 8:36 am | W#8 resumes the stand and direct examination continues | |
| CX | | 8:43 am | Cross examination begins of W#8 by AUSA Sara Griswold | |
| EX | | | IDENTIFIED – Ex 1162 pg.2 | |
| EX | | | **ADMITTED – Ex 196** | |
| EX | | | IDENTIFIED - 197 | |
| | RDX | 9:40 am | Re-direct examination of W#8 begins by Counsel Julia Jayne | |
| RCX | | 9:50 am | Re-cross examination of W#8 begins by AUSA Sarah Griswold | |
| | RRDX | 9:55 am | Re Re-direct examination of W#8 begins by Counsel Julia Jayne | |
| | | 9:55 am | W#8 testimony concludes and witness steps down | |
| | | 9:56 am | Defense reads to Jury the stipulation as to Eva Pan and her testimony | |
| | | 9:57 am | Jury takes recess | |
| | | 9:58 am | Court in session outside presence of Jury | |
| | | 10:00 am | **Court takes 15 min recess** | |

2

| **TRIAL DATE: 8/27/2019** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 10:21 am | Court in session outside presence of Jury Defense Counsel informs the Court that Defendants will not testify | |
|  |  | 10:24 am | Court conducts voir dire of defendants and confirms defendants' rights re testifying in the case | |
|  |  | 10:27 am | **Court takes recess** | |
|  |  | 10:48 am | Court in session outside presence of Jury with Counsel regarding forfeiture proceedings – all parties waive their rights to this Jury addressing forfeiture proceedings | |
|  |  | 11:00 am | Jury seated. Court in session | |
|  |  | 11:01 am | Government rests its case in chief | |
|  |  | 11:01 am | Defendants' rests their case in chief | |
|  |  | 11:01 am | Government informs Court that there is no rebuttal evidence | |
|  |  | 11:05 am | Jury excused for the day and to return tomorrow at 9:30 am 8/28/2019 | |
|  |  | 11:05 am | Court in session outside presence of Jury | |
|  |  | 11:08 am | **Court takes recess** | |
|  |  | 11:17 am | Court in session outside presence of Jury | |
|  |  | 11:18 am | Defense Counsel just filed their Rule 29 Motion (Dkt.187 filed 8/27/2019) | |
|  |  | 11:28 am | **Court takes brief recess** | |
|  |  | 11:31 am | Court in session outside presence of Jury | |
|  |  | 11:34 am | **Court takes recess till 12:20 pm** | |
|  |  | 12:29pm | Court in session outside presence of Jury – Court hears oral argument re Defendants Rule 29 Motion | |

| **TRIAL DATE: 8/27/2019** | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:22 pm | Court finds there is sufficient evidence that was presented to the jury regarding the Rule 29 Motion – Court DENIED the motion | |
| | | 1:25 pm | **Court takes recess** | |
| | | 1:37 pm | Court in session outside presence of Jury finalizing jury instructions | |
| | | 2:25 pm | Court makes inquiry of defendants regarding their waiver of presence at the charging conference on Wednesday 8/28/2019. Defendants waive their appearance tomorrow. | |
| | | 2:30 pm | Court adjourned for the day. Further Charging Conference set for tomorrow Wednesday 8/28/2019 at 9am and Jury to be contacted to notify change in schedule and that they are to appear on Thursday 8/29/2019 at 8:30 am for closing arguments. Courtroom Deputy confirmed contacting all jurors of schedule change. | |