# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

## TITLE: USA v. JONATHAN CHANG & GRACE CHANG
## CASE NUMBER: 16-cr-00047-EJD
### Minute Order

Date: 8/28/2019
Time in Court: 9:07-10:58am, 11:14am-12:11pm
 **(TOTAL time: 2 Hrs. 48 Mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Patrick Delahunty, Sarah Griswold
Also present: Agent Mark Matulich
Defendant Attorney(s) present: Julia Jayne, Christopher Cannon
Also present: Defendants appearance WAIVED of Jonathan and Grace Chang (out of custody)

**PROCEEDINGS: Jury Trial (Day 9)**

Further Jury Trial held with Counsel ONLY to finalize jury instructions. Further Jury trial for closing arguments on Thursday 8/29/2019 at 8:30am.

| Time | Event |
|---|---|
| 9:07 am | Court in session outside presence of Jury finalizing jury instructions – Defendants not present per waiver stated on record yesterday |
| 10:58 am | **Court takes 10 min recess** |
| 11:14 am | Court in session outside presence of jury resumes conference re jury instructions |
| 12:11pm | Court is adjourned – Further Jury Trial tomorrow Thursday 8/29/2019 at 8:30 am |

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**