UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

# TITLE: USA v. JONATHAN CHANG & GRACE CHANG
# CASE NUMBER: 16-cr-00047-EJD
## Minute Order and Trial Log

Date: 9/5/2019
Time in Court: 2:20-2:24,2:27-2:34,2:44-3:10,3:32-3:41pm
 **(TOTAL time: 46 Mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Patrick Delahunty, Sarah Griswold
Also present: N/A
Defendant Attorney(s) present: Julia Jayne, Christopher Cannon
Also present: Jonathan and Grace Chang (out of custody)

**PROCEEDINGS: Jury Trial (Day 13)**

Further Jury deliberations held. Jury returns unanimous verdict as to certain counts SEE VERDICT FORM. Court finds and declares mistrial as to the Counts the jury was not able to reach a unanimous verdict SEE VERDICT FORM.
The Court set a Status Conference for 9/17/2019 at 1:30 pm (Special Set) and refers defendant to the Probation Office for preparation of a pre-sentence report. Sentencing date will be set at the status conference.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: None
Defendants: None

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: None
Defendants: None

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Jonathan Chang & Grace Chang
Case No:  5:16cr00047EJD

# TRIAL LOG

| TRIAL DATE: 9/5/2019 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:30 am | Jury present and begin further deliberations. |
| | | 2:20 pm | Court in session outside presence of the Jury.  Recite the Jury Note #7 from Jury. |
| | | 2:24 pm | Off the record |
| | | 2:27 pm | Court back on the record |
| | | 2:32 pm | Court submits response to Note #7 to Jury.  Court remains on the record with Counsel taking up remaining housekeeping matters |
| | | 2:34 pm | Court takes recess |
| | | 2:44 pm | Court in session outside presence of the Jury.  Recite the Jury Note #8 from Jury |
| | | 2:46 pm | Jury returns to Courtroom and is seated |
| | | 2:47 pm | Court in session with Jury |
| | | 2:49 pm | Verdict is published |
| | | 2:56 pm | Jury polled and the verdict is ordered recorded and to be filed by the Court |
| | | 3:00 pm | Court thanks Jury for their service |
| | | 3:01 pm | Sidebar held |

| **TRIAL DATE: 9/5/2019** | | | **REPORTER(S):** Irene Rodriguez | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 3:00 pm | Court excuses Jury | |
|  |  | 3:10 pm | Court takes a recess | |
|  |  | 3:32 pm | Court in session with Counsel and Defendants | |
|  |  | 3:34 pm | Court finds and declares mistrial as to the Counts the jury was not able to reach a unanimous verdict on SEE VERDICT FORM. | |
|  |  | 3:35 pm | Court refers Defendant Jonathan Wang to Probation Office for preparation of a Pre-Sentence Report as to the unanimous verdict of convicted counts SEE VERDICT FORM. Court to set a sentencing date at the Status Conference | |
|  |  |  | The Court set a Status Conference for 9/17/2019 at 1:30 pm (Special Set) | |
|  |  | 3:41 pm | Court is adjourned | |
|  |  |  |  | |